## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Castro, Gloria

Printed:  4/8/08

Case Number:  04 B 34267
Judge:  Goldgar, A. Benjamin
Filed:  9/15/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed:  August 30, 2007
Confirmed:  November 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,244.25 |  |
| Secured: |  | 1,822.27 |
| Unsecured: |  | 6,929.44 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 634.34 |
| Other Funds: |  | 2,158.20 |
| Totals: | 14,244.25 | 14,244.25 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Juarez Auto Sales | Secured | 1,115.82 | 1,115.82 |
| 3. | Continental Furniture | Secured | 706.45 | 706.45 |
| 4. | Bank One | Unsecured | 1,940.24 | 6,929.44 |
| 5. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 6. | Midwest Diangnostic | Unsecured |  | No Claim Filed |
| 7. | Chicago Trauma Critical Care | Unsecured |  | No Claim Filed |
| 8. | IMMC Radiologists, S.C. | Unsecured |  | No Claim Filed |
| 9. | St Mary of Nazareth Hospital | Unsecured |  | No Claim Filed |
| 10. | Riverside County Rec | Unsecured |  | No Claim Filed |
| 11. | Physician's Services | Unsecured |  | No Claim Filed |
| 12. | Social Security Administration | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 6,462.51 | $ 11,451.71 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 145.98 |
| 4% | 37.12 |
| 3% | 19.76 |
| 5.5% | 214.53 |
| 5% | 55.36 |
| 4.8% | 106.26 |
| 5.4% | 55.33 |
|  | _____ |
|  | $ 634.34 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Castro, Gloria

Printed:  4/8/08

Case Number:  04 B 34267

Judge:  Goldgar, A. Benjamin

Filed:  9/15/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

